UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO.: 3:22-cr-165-MOC |
| | ) | |
| SUDIPTA MAZUMDER | ) | JUDGE MAX O. COGBURN, Jr. |
| | ) | |
| _____ | ) | |

## DEFENDANT'S MOTION TO TRANSCRIBE GRAND JURY MINUTES

Pursuant to 18 U.S.C. § 3500 (the "Jencks Act"), Defendant, Sudipta Mazumder ("Mazumder"), by and through the undersigned attorney, respectfully moves this Court to grant this Motion to Transcribe Grand Jury Minutes based on the following:

On or around June 21, 2022, witnesses testified before Grand Jury proceeding relating to, *inter alia,* (1) a healthcare fraud scheme and Mazumder's alleged involvement in said scheme; and (2) allegations of false statements relating to health care matters, allegedly made by Mazumder. The Jencks Act requires that, "[a]fter a witness called by the United States has testified on direct examination, the court shall, on motion of the defendant, order the United States to produce any statement . . . of the witness in the possession of the United States which relates to the subject matter as to which the witness has testified." 18 U.S.C. § 3500(b); *see also, Jencks v. United States*, 353 U.S. 657 (1957). A statement includes any "statement . . . made by said witness to a grand jury." 18 U.S.C. § 3500(e)(3).

Pursuant to the Jencks Act, Mazumder respectfully asks this Court to order the Government to transcribe all proceedings before the Grand Jury in the above-captioned case, whether during the investigation or at presentation of the indictment or superseding indictment. This motion is

made in anticipation of witnesses whom the government may call to testify in this matter. This motion should be granted in order for pertinent transcripts to be readily available at the time of trial should this Court rule that said transcripts, or portions thereof, be produced for Mazumder's inspection and use at trial.

**WHEREFORE,** in light of the foregoing, Mazumder respectfully requests that the Court grant this motion and order the Government to transcribe any and all proceedings relating to this matter that occurred before a Grand Jury.

This the 24th day of July, 2023

/s/ Edward T. Hinson, Jr.
Edward T. Hinson, Jr., Esq. (NC Bar No.:7795)
James, McElroy & Diehl, PA
525 N. Tryon St., Ste. 700
Charlotte, NC 28202
Phone: 704-372-9870
Fax: 704-333-5508
ehinson@jmdlaw.com

/s/ Jose Baez
Jose Baez, Esq. (FL Bar No.: 13232)
Admitted Pro Hac Vice
Baez Law Firm
1200 Brickell Avenue, Ste. 1410
Miami, FL 33131
Phone: 305-999-5100

jose@baezlawfirm.com

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 47.1(b), I hereby certify that on July 24, 2023, counsel for the Mazumder conferred with the Government in a good faith effort to resolve the issues raised by this motion. The Government expressed that it will comply with the law as articulated in *Brady*, *Giglio*, and *Jencks*.

/s/ Edward T. Hinson, Jr.
Edward T. Hinson, Jr., Esq. (NC Bar No.:7795)
James, McElroy & Diehl, PA
525 N. Tryon St., Ste. 700
Charlotte, NC 28202
Phone: 704-372-9870
Fax: 704-333-5508
ehinson@jmdlaw.com

/s/ Jose Baez
Jose Baez, Esq. (FL Bar No.: 13232)
Admitted Pro Hac Vice
Baez Law Firm
1200 Brickell Avenue, Ste. 1410
Miami, FL 33131
Phone: 305-999-5100
jose@baezlawfirm.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 24, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/* Edward T. Hinson, Jr.
Edward T. Hinson, Jr., Esq. (NC Bar No.:7795)
James, McElroy & Diehl, PA
525 N. Tryon St., Ste. 700
Charlotte, NC 28202
Phone: 704-372-9870
Fax: 704-333-5508
ehinson@jmdlaw.com

*/s/* Jose Baez
Jose Baez, Esq. (FL Bar No.: 13232)
Admitted Pro Hac Vice
Baez Law Firm
1200 Brickell Avenue, Ste. 1410
Miami, FL 33131
Phone: 305-999-5100
jose@baezlawfirm.com